**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 11-00753-CJC(RNBx)                              Date:  June 25, 2012

Title: <u>ROSA TRUONG v. VIETNAM BROADCASTING CORPORATION, ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Michelle Urie</u>                                         <u>     N/A     </u>
Deputy Clerk                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                        None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REQUIRING DEFENDANTS HOANG NGUYEN AND CANG TRAN TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST THEM AND CONTINUING THE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** [filed 5/23/12]

On May 16, 2011, Plaintiff Rosa Truong filed this copyright infringement action against Defendants Vietnam Broadcasting Corporation ("VBC"), Hoang Nguyen, Cang Tran, and Nga Tran (collectively, "Defendants").  On June 6, 2012, defense counsel J. Flores Valdez filed an answer on behalf of all four defendants.  On March 12, 2012, Mark S. Rosen substituted in as counsel for VBC and Nga Tran.  Ms. Truong alleges that Cang Tran and Hoang Nguyen have failed to answer interrogatories, requests for production of documents, and requests for admissions.  Cang Tran and Hoang Nguyen have also failed to respond to Ms. Truong's motion for summary judgment.  While Ms. Truong's complaint asserts that these defendants are corporate officers of VBC, VBC and Nga Tran assert that they "do not know who Hoang Nguyen and Cang Tran are, or if they even exist." (Defs.' Reply to Mot. Summ. J., at 2.)  Counsel Valdez has not filed any further papers on behalf of Cang Tran and Hoang Nguyen.

In light of these failures to respond to discovery requests and Ms. Truong's motion, the Court hereby ORDERS Defendants Cang Tran and Hoang Nguyen to show cause why default should not be entered against them for failure to defend in this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 11-00753-CJC(RNBx)                              Date: June 25, 2012
                                                              Page 2

Cang Tran and Hoang Nguyen shall file a response to the Court's order on or before July 9, 2012.  Ms. Truong may file a response on or before July 16, 2012.  The Court will schedule a hearing if it determines it to be necessary upon receiving the parties' papers.  Ms. Truong's motion for summary judgment scheduled for hearing on July 2, 2012 is hereby taken off calendar and will be rescheduled, if necessary, after the Court rules on the order to show cause.

jsk

MINUTES FORM 11
CIVIL-GEN                                                     Initials of Deputy Clerk MU