JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSA TRUONG | Case No.: SACV11-00753 |
| Plaintiff, | **ORDER TO DISMISS** |
| vs. | |
| VIETNAM BROADCASTING CORPORATION, a CALIFORNIA CORPORATION; HOANG NGUYEN, an Individual; CANG TRAN, an Individual; NGA TRAN, an Individual, | Courtroom: 9B<br>Judge Cormac J. Carney. |
| Defendants, | |

**ORDER**

**AND NOW**, on this 21st Day of November, the Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice as against all Defendants pursuant to FRCP 41(a)(1)(A).

2. Each party shall bear their own costs and attorneys' fees.

    IT IS SO ORDERED

Dated: 11/21/12

                                            The Hon. Cormac J. Carney
                                            United States District Court Judge
                                            Central District of California